IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERESA FISCHER and
DAVID FISCHER,

    Plaintiffs,

v.

SENTRY INSURANCE A MUTUAL
COMPANY AND ABC INSURANCE
COMPANY,

    Defendants.

Case No. 19-cv-156-bbc

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Sentry Insurance Mutual Company against plaintiffs Teresa Fischer and David Fischer dismissing this case.

    s/V. Olmo, Deputy Clerk      5/21/2020
    Peter Oppeneer, Clerk of Court      Date